UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHAN WILSON,

        Plaintiff,                             Case No. 1:08-cv-1021

v.                                                 Honorable Gordon J. Quist

UNKNOWN THOMPSON et al.,

        Defendants.
_____/

**ORDER DENYING LEAVE
TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES**

In accordance with the memorandum opinion entered this day,

IT IS ORDERED that Plaintiff is DENIED leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

IT IS ALSO ORDERED that within thirty days hereof, Plaintiff shall pay the $350.00 filing fee to the Clerk of this Court. Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $350.00 filing fee.


Dated: November 26, 2008             /s/ Gordon J. Quist
                                          Gordon J. Quist
                                          United States District Judge